# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 09-46623-TAB |
| | § | |
| HOWARD J ROSS | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/09/2009</u>.  The undersigned trustee was appointed on <u>12/09/2009</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                                        $48,407.35

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $15,676.13 |
| Bank service fees | $101.38 |
| Other Payments to creditors | $500.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $17,889.69 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $14,240.15 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was <u>06/16/2010</u> and the deadline for filing government claims was <u>06/16/2010</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,801.77</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,801.77</u>, for a total compensation of <u>$3,801.77</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$4.48,</u> for total expenses of <u>$4.48</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>11/26/2013</u>              By:    <u>/s/ David P. Leibowitz</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit A

| Case No.: | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Date Filed (f) or Converted (c): | 12/09/2009 (f) |
| For the Period Ending: | 11/26/2013 | | §341(a) Meeting Date: | 01/20/2010 |
| | | | Claims Bar Date: | 06/16/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 9609 S. Longwood, value per property comparables | $212,333.33 | $197,333.33 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | 11054 S. Avenue, (SURRENDERING) | $128,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Chase - Checking & Savings | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 4 | TCF - Checking | $25.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 5 | People's Gas | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 6 | Furniture | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 7 | Clothing | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 8 | Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 9 | Glock 19 9 MM | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 10 | Whole Life Ins - AIG | $400.00 | $400.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 11 | Pension - Cook County | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 12 | Defferred Comp - Cook COunty Estimated Value | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 13 | Personal Injury claim agains Mary Burke | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Case dismissed against Mary Burke. | | | | | |
| 14 | (Uninsured Motorist Claim) Personal Injury - State Farm | Unknown | $30,000.00 | | $45,000.00 | FA |
| 15 | Anticipated tax refund | $3,400.00 | $725.00 | | $3,407.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 16 | 2008 Nissan Altima | $16,500.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 09-46623-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROSS, HOWARD J | Date Filed (f) or Converted (c): | 12/09/2009 (f) |
| For the Period Ending: | 11/26/2013 | §341(a) Meeting Date: | 01/20/2010 |
| | | Claims Bar Date: | 06/16/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Asset Notes:** | Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage | | | | | |
| | 9609 S. Longwood Dr., Chicago, IL 60643 value p | | | | | |
| **Ref. #** | | | | | | |
| INT | Interest Earned                                (u) | Unknown | Unknown | | $0.35 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $397,708.33 | $228,458.33 | | $48,407.35 | $0.00 |

### Major Activities affecting case closing:

| 06/20/2010 | motion to employ lakelaw to CAC for review |
|---|---|
| | need to emply PI Atty |
| | recvd bank statement 5.31.10  balance matches petition, nothing of importance on statement |
| | |
| | 4.18 received bank statement |
| 12/30/2011 | Personal Injury Claim Pending. |
| 01/17/2013 | follow up with PI attorney |
| 04/17/2013 | Sent email to Eric Jones for status of arbitration date |
| 04/17/2013 | Case is getting ready to settle for $45,000.00. |
| 06/25/2013 | Personal Injury case pending. |
| 07/26/2013 | Settlement payment received; Motion to approve settlement filed and granted. |

| Initial Projected Date Of Final Report (TFR): | 12/30/2012 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 09/30/2014 | DAVID LEIBOWITZ |

Case 09-46623   Doc 49   Filed 11/26/13   Entered 11/26/13 13:05:30   Desc Main Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document     Page 5 of 12

| | |
|---|---|
| **Case No.** | 09-46623-TAB |
| **Case Name:** | ROSS, HOWARD J |
| | |
| **Primary Taxpayer ID #:** | **-***4131 |
| **Co-Debtor Taxpayer ID #:** | |
| | |
| **For Period Beginning:** | 12/9/2009 |
| **For Period Ending:** | 11/26/2013 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******9565 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2010 | (15) | United States Treasury | Tax refund | 1129-000 | $3,407.00 | | $3,407.00 |
| 04/22/2010 | 1001 | Ross J. Howard | Exemption claimed on Tax Refund | 8100-002 | | $2,675.00 | $732.00 |
| 04/26/2010 | 1002 | Ross J. Howard | Portion entitled to after date of filing to 12/31/20009 | 8100-002 | | $214.69 | $517.31 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.06 | | $517.37 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.03 | | $517.40 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.02 | | $517.42 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $517.42 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $3,407.11 | $3,407.11 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $517.42 | |
| | **Subtotal** | $3,407.11 | $2,889.69 | |
| | **Less: Payments to debtors** | $0.00 | $2,889.69 | |
| | **Net** | $3,407.11 | $0.00 | |

**For the period of  12/9/2009 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,407.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,407.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,889.69 |
| Total Comp/Non Comp  Disbursements: | $2,889.69 |
| Total Internal/Transfer  Disbursements: | $517.42 |

**For the entire history of the account between 04/12/2010 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,407.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,407.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,889.69 |
| Total Comp/Non Comp  Disbursements: | $2,889.69 |
| Total Internal/Transfer  Disbursements: | $517.42 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 09-46623-TAB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | ROSS, HOWARD J | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***4131 | | | **Checking Acct #:** | | ******2301 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | DDA |
| **For Period Beginning:** | 12/9/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 11/26/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $517.66 | | $517.66 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.16 | $517.50 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.72 | $516.78 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.83 | $515.95 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $515.10 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $514.33 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $513.53 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $512.71 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $511.89 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $511.12 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $510.27 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $509.50 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $508.68 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $507.86 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.79 | $507.07 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.89 | $506.18 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.71 | $505.47 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.81 | $504.66 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $503.82 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.76 | $503.06 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.81 | $502.25 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.73 | $501.52 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $500.72 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $499.94 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $499.09 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.72 | $498.37 |
| 07/26/2013 | (14) | State Farm Mutual Automobile Insurance | | 1129-000 | $45,000.00 | | $45,498.37 |
| 07/30/2013 | 5001 | Tarpey, Jones & Schroeder, LLC | Per Court Order entered on 7/24/2013 Dkt. #47. | 3210-000 | | $15,676.13 | $29,822.24 |
| 07/30/2013 | 5002 | St. Joseph Hospital | Medical Lien RE: 13 A107-231 | 4110-000 | | $200.00 | $29,622.24 |
| 07/30/2013 | 5003 | Sage Medical Group, S.C. | Medical Lien RE: 13 A107-231 | 4110-000 | | $300.00 | $29,322.24 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.48 | $29,316.76 |
| 08/02/2013 | 5004 | HOWARD J ROSS | Claimed Exemptions for personal Injury Case. | 8100-002 | | $15,000.00 | $14,316.76 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $32.79 | $14,283.97 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.81 | $14,263.16 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.01 | $14,240.15 |

| | | | | **SUBTOTALS** | $45,517.66 | $31,277.51 | |

**FORM 2**
**Page No:** 3
Case 09-46623   Doc 49   Filed 11/26/13   Entered 11/26/13 13:05:30   Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 7 of 12
Exhibit B

| | | | | |
|---|---|---|---|
| **Case No.** | 09-46623-TAB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROSS, HOWARD J | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4131 | | **Checking Acct #:** | ******2301 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 12/9/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/26/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $45,517.66 | $31,277.51 | $14,240.15 |
| | | | **Less: Bank transfers/CDs** | | $517.66 | $0.00 | |
| | | | **Subtotal** | | $45,000.00 | $31,277.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $45,000.00 | $16,277.51 | |

**For the period of  12/9/2009 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $517.66 |
| | |
| Total Compensable Disbursements: | $16,277.51 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp  Disbursements: | $31,277.51 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $517.66 |
| | |
| Total Compensable Disbursements: | $16,277.51 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp  Disbursements: | $31,277.51 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Case 09-46623   Doc 49   Filed 11/26/13   Entered 11/26/13 13:05:30   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 8 of 12

Exhibit B

| Case No. | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***4131 | | Money Market Acct #: | ******6623 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 12/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/26/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $517.42 | | $517.42 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $517.44 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $517.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $517.48 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $517.50 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $517.52 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.02 | | $517.54 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.02 | | $517.56 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $517.58 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.02 | | $517.60 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $517.62 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.02 | | $517.64 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.02 | | $517.66 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $517.66 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $517.66 | $517.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $517.42 | $517.66 | |
| | | | **Subtotal** | | $0.24 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.24 | $0.00 | |

| For the period of 12/9/2009 to 11/26/2013 | | For the entire history of the account between 06/25/2010 to 11/26/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.24 | Total Compensable Receipts: | $0.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.24 | Total Comp/Non Comp Receipts: | $0.24 |
| Total Internal/Transfer Receipts: | $517.42 | Total Internal/Transfer Receipts: | $517.42 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $517.66 | Total Internal/Transfer Disbursements: | $517.66 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-46623-TAB | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | ROSS, HOWARD J | | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | **-***4131 | | | **Money Market Acct #:** | ******6623 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA | |
| **For Period Beginning:** | 12/9/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 11/26/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $48,407.35 | $34,167.20 | $14,240.15 |

**For the period of 12/9/2009 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $48,407.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,407.35 |
| Total Internal/Transfer Receipts: | $1,035.08 |
| | |
| Total Compensable Disbursements: | $16,277.51 |
| Total Non-Compensable Disbursements: | $17,889.69 |
| Total Comp/Non Comp Disbursements: | $34,167.20 |
| Total Internal/Transfer Disbursements: | $1,035.08 |

**For the entire history of the case between 12/09/2009 to 11/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $48,407.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,407.35 |
| Total Internal/Transfer Receipts: | $1,035.08 |
| | |
| Total Compensable Disbursements: | $16,277.51 |
| Total Non-Compensable Disbursements: | $17,889.69 |
| Total Comp/Non Comp Disbursements: | $34,167.20 |
| Total Internal/Transfer Disbursements: | $1,035.08 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-46623-TAB
Case Name:     HOWARD J ROSS
Trustee Name:  David P. Leibowitz

Balance on hand:      $14,240.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $14,240.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,801.77 | $0.00 | $3,801.77 |
| David P. Leibowitz, Trustee Expenses | $4.48 | $0.00 | $4.48 |
| Lakelaw, Attorney for Trustee Fees | $1,736.50 | $0.00 | $1,736.50 |
| Lakelaw, Attorney for Trustee Expenses | $26.98 | $0.00 | $26.98 |

Total to be paid for chapter 7 administrative expenses:      $5,569.73
Remaining balance:      $8,670.42

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $8,670.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:      $0.00
Remaining balance:      $8,670.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,856.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC/ Chase Bank USA, NA (WAMU) | $2,573.36 | $0.00 | $2,015.49 |
| 2 | Capital One Bank (USA), N.A. | $1,053.02 | $0.00 | $824.73 |
| 3 | Capital One Bank (USA), N.A. | $2,310.74 | $0.00 | $1,809.79 |
| 4 | Fia Card Services, NA/Bank of America | $5,133.26 | $0.00 | $4,020.41 |
| 5 | Mallers Building LLC | $28,786.59 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $8,670.42

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**