# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-46623-TAB |
| | § | |
| HOWARD J ROSS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/18/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/26/2013          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-46623-TAB |
| | § | |
| HOWARD J ROSS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $48,407.35
*and approved disbursements of* $34,167.20
*leaving a balance on hand of[1]:* $14,240.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $14,240.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $3,801.77 | $0.00 | $3,801.77 |
| David P. Leibowitz, Trustee Expenses | $4.48 | $0.00 | $4.48 |
| Lakelaw, Attorney for Trustee Fees | $1,736.50 | $0.00 | $1,736.50 |
| Lakelaw, Attorney for Trustee Expenses | $26.98 | $0.00 | $26.98 |

Total to be paid for chapter 7 administrative expenses: $5,569.73
Remaining balance: $8,670.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $8,670.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $8,670.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,856.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Roundup Funding, LLC/ Chase Bank USA, NA (WAMU) | $2,573.36 | $0.00 | $2,015.49 |
| 2 | Capital One Bank (USA), N.A. | $1,053.02 | $0.00 | $824.73 |
| 3 | Capital One Bank (USA), N.A. | $2,310.74 | $0.00 | $1,809.79 |
| 4 | Fia Card Services, NA/Bank of America | $5,133.26 | $0.00 | $4,020.41 |
| 5 | Mallers Building LLC | $28,786.59 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $8,670.42
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 09-46623-TAB
Howard J Ross                                                 Chapter 7
         Debtor                CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 2              Date Rcvd: Nov 27, 2013
                               Form ID: pdf006             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
db            +Howard J Ross,    9609 S Longwood Dr,    Chicago, IL 60643-1607
14827571      +Bank Of America,    P.O. Box 2759,    Jacksonville, FL 32203-2759
14827569      +Bank Of America,    P.O. Box 23500,    Greensboro, NC 27420-3500
14827570       Bank Of America,    P.O. Box 105570,    Atlanta, GA 30348-5570
14827572     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
14827576     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
20311490       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
14827574      +Central Credit Service Inc,    P.O. Box 15118,    Jacksonville, FL 32239-5118
14827575      +Chase Bank,   PO Box 78116,    Phoenix, AZ 85062-8116
14827578      +Encore Receiveable Management, Inc,    400 N. Rogers Rd.,   po box 3330,   Olathe, KS 66063-3330
14827579      +Encore Recievable Management,    400 N Rogers Rd,    PO Box 3330,   Olathe, KS 66063-3330
14827580      +Encore Recieveable Management Inc.,    PO Box 3330,    Olathe, KS 66063-3330
14827591      +GEneva capital llc,    522 Broadway st., suite 4,    Alexandria, MN 56308-1498
14827594      +Hilco Rec,    5 Revere Dr Ste 510,    Northbrook, IL 60062-8007
14827595      +Home Loan Service INC,    150 Allegheny Center Mal,    Pittsburgh, PA 15212-5335
14827596      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
14827598      +Ice Mountain,    6661 Dixie Hwy,    suite 4,   Louisville, KY 40258-3950
14827597      +Ice Mountain,    2767 E. Imperial Hwy,    Brea, CA 92821-6713
14827599       Ice Mountain,    PO Box 856680,    Louisville, KY 40285-6680
14827600      +Ice Mountain Direct,    #215,   6661 Dixie Hwy, Suite 4,    Louisville, KY 40258-3950
14827602      +Mallers Building LLC,    McDonald Hopkins LLC,   Richard N Kessler Esq,
                300 N LaSalle Street Suite 2100,    Chicago, IL 60654-3474
14827603       Mallers Building LLC/Spectrum Prop,    5 S. Wabash,    Suite 2100,   Chicago, IL 60602
14827604      +McDonald Hopkins, Kessler, McGovern,    640 N. LaSalle St,    Suite 590,   Chicago, IL 60654-3731
14827606      +National City Bank,    Attention: Bankruptcy Department,    6750 Miller Road,
                Brecksville, OH 44141-3262
14827607      +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
14827609      +SRA Associates Inc.,    401 Minnetonka Rd.,   Somerdale, NJ 08083-2914
14827611      +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                Jacksonville, FL 32256-6851
14827613       XM Satellite Radio,    PO Box 9001399,    Louisville, KY 40290-1399
14827564       all state indemnity company,    po box 3589,   Akron, OH 44309-3589
14827568       bank of america,    po box 15019,   Wilmington, DE 19886-5019
14827589      +geneva capital,    247 28th Ave. S.,    Waite Park, MN 56387-1086
14827588      +geneva capital,    P.O. Box 7520,    Saint Cloud, MN 56302-7520
14827605      +mrs Associates,    701 Brooksedge Plaza Dr,   Westerville, OH 43081-4913
14827610      +swenson lervick syverson trosvig ja,    c/o Geneva Capital,    box 787 - 710 broadway,
                Alexandria, MN 56308-0787

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14827566       E-mail/Text: roy.buchholz@allianceoneinc.com Nov 28 2013 02:08:58     Alliance One,
                P.O.box 3111,    Southeastern, PA 19398-3111
15317728       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2013 02:28:07     Capital One Bank (USA), N.A.,
                by American Infosource Lp As Agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
14827577      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 28 2013 02:11:29
                Credit Collection Services,    PO Box 55126,   Boston, MA 02205-5126
14827581      +E-mail/Text: bknotice@erccollections.com Nov 28 2013 02:10:05      Enhanced Recovery Corporation,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
15559039       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2013 02:30:06
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14827587       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:24:39     GE Money Bank,   PO Box 960061,
                Orlando, FL 32896-0061
14827601      +E-mail/Text: ndaily@ksnlaw.com Nov 28 2013 02:09:29     Kovitz Shifrin Nesbit,
                750 Lake Cook Road Suite # 350,    Buffalo Grove, IL 60089-2086
15281201       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2013 02:28:00     Roundup Funding, LLC,
                MS 550,   PO Box 91121,    Seattle, WA 98111-9221
14827608      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2013 02:28:13     pearl vision,   PO Box 960061,
                Orlando, FL 32896-0061
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Eric Jones
aty          Lakelaw
aty          Paul B Episcope
14827592     Helen M Bauer,   deceased
14827593     Helen M Bauer,   deceased
```

```
District/off: 0752-1            User: pseamann              Page 2 of 2                  Date Rcvd: Nov 27, 2013
                                Form ID: pdf006             Total Noticed: 43

14827573*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
20311491*      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
14827585*     +First Franklin Loan Services,    P O Box 1838,    Pittsburgh, PA 15230-1838
14827584*      First Franklin Loan Services,    P.O. Box 660598,    Dallas, TX 75266-0598
14827612*     +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                Jacksonville, FL 32256-6851
14827590*     +geneva capital,    P.O. Box 7520,    Saint Cloud, MN 56302-7520
14827565      ##+All State Insurance,    PO Box 3576,    Akron, OH 44309-3576
14827567      ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14827586      ##+FMA Alliance Limited,    11811 North Fwy Ste 900,    Houston, TX 77060-3292
14827582      ##+First Franklin Loan Services,    P O Box 1838,    Pittsburgh, PA 15230-1838
14827583      ##First Franklin Loan Services,    P.O. Box 660598,    Dallas, TX 75266-0598
                                                                                               TOTALS: 5, * 6, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
              Andrew E Houha    on behalf of Creditor    U.S. Bank, National Association, as successor trustee to
               Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill
               Lynch First Franklin Mortgage Loan Trust, Mortgage andrew@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gloria C  Tsotsos    on behalf of Creditor    Nissan Motor Acceptance Corporation
               nd-two@il.cslegal.com
              Janna L Quarless    on behalf of Debtor Howard J Ross jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Michael J  Kalkowski    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert J Semrad, JR    on behalf of Debtor Howard J Ross court_docs@robertjsemrad.com,
               msemrad@robertjsemrad.com
              Ryan S O'Reilly    on behalf of Debtor Howard J Ross debtstoppers@bestclientinc.com
                                                                                              TOTAL: 9
```