**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-46623-TAB
§
HOWARD J ROSS §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $342,233.33 | Assets Exempt: | $69,750.00 |
| Total Distributions to Claimants: | $9,170.42 | Claims Discharged Without Payment: | $139,133.29 |
| Total Expenses of Administration: | $21,347.24 | | |

3) Total gross receipts of $48,407.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $17,889.69 (see **Exhibit 2),** yielded net receipts of $30,517.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $543,527.00 | $500.00 | $500.00 | $500.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,347.24 | $21,347.24 | $21,347.24 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $118,945.74 | $39,856.97 | $39,856.97 | $8,670.42 |
| **Total Disbursements** | $662,472.74 | $61,704.21 | $61,704.21 | $30,517.66 |

   4). This case was originally filed under chapter 7 on 12/09/2009. The case was pending for 52 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/09/2014                 By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| (Uninsured Motorist Claim) Personal Injury - State Farm | 1129-000 | $45,000.00 |
| Anticipated tax refund | 1129-000 | $3,407.00 |
| Interest Earned | 1270-000 | $0.35 |
| **TOTAL GROSS RECEIPTS** | | **$48,407.35** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| HOWARD J ROSS | Exemptions | 8100-002 | $15,000.00 |
| Ross J. Howard | Exemptions | 8100-002 | $2,889.69 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$17,889.69** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Bank | 4110-000 | $159,347.00 | $0.00 | $0.00 | $0.00 |
| | Nissan Motor Acceptanc | 4110-000 | $26,919.00 | $0.00 | $0.00 | $0.00 |
| | St. Joseph Hospital | 4110-000 | $0.00 | $500.00 | $500.00 | $500.00 |
| | Washington Mutual Mortgage | 4110-000 | $286,360.00 | $0.00 | $0.00 | $0.00 |
| | Washington Mutual Mortgage | 4110-000 | $70,901.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$543,527.00** | **$500.00** | **$500.00** | **$500.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,801.77 | $3,801.77 | $3,801.77 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.48 | $4.48 | $4.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Green Bank | 2600-000 | | NA | $101.38 | $101.38 | $101.38 |
| Lakelaw, Attorney for Trustee | 3110-000 | | NA | $1,736.50 | $1,736.50 | $1,736.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | | NA | $26.98 | $26.98 | $26.98 |
| Tarpey, Jones & Schroeder, LLC, Attorney for Trustee | 3210-000 | | NA | $15,676.13 | $15,676.13 | $15,676.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $21,347.24 | $21,347.24 | $21,347.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC/ Chase Bank USA, NA (WAMU) | 7100-900 | $2,573.00 | $2,573.36 | $2,573.36 | $559.81 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $1,015.00 | $1,053.02 | $1,053.02 | $229.07 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $2,278.00 | $2,310.74 | $2,310.74 | $502.67 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | $5,133.00 | $5,133.26 | $5,133.26 | $1,116.68 |
| 5 | Mallers Building LLC | 7100-000 | $0.00 | $28,786.59 | $28,786.59 | $6,262.19 |
| | all state indemnity company | 7100-000 | $45.50 | $0.00 | $0.00 | $0.00 |
| | Citibank Usa | 7100-000 | $46.00 | $0.00 | $0.00 | $0.00 |
| | GE Money Bank | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc Bank | 7100-000 | $3,111.00 | $0.00 | $0.00 | $0.00 |
| | Ice Mountain Direct | 7100-000 | $210.74 | $0.00 | $0.00 | $0.00 |
| | Kovitz Shifrin Nesbit | 7100-000 | $272.50 | $0.00 | $0.00 | $0.00 |
| | swenson lervick syverson trosvig ja | 7100-000 | $3,688.99 | $0.00 | $0.00 | $0.00 |
| | XM Satellite Radio | 7100-000 | $74.69 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $18,673.42 | $39,856.97 | $39,856.97 | $8,670.42 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| Case No.: | 09-46623-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROSS, HOWARD J | Date Filed (f) or Converted (c): | 12/09/2009 (f) |
| For the Period Ending: | 4/9/2014 | §341(a) Meeting Date: | 01/20/2010 |
| | | Claims Bar Date: | 06/16/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  9609 S. Longwood, value per property comparables | $212,333.33 | $197,333.33 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  11054 S. Avenue, (SURRENDERING) | $128,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Chase - Checking & Savings | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 4  TCF - Checking | $25.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 5  People's Gas | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 6  Furniture | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 7  Clothing | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 8  Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 9  Glock 19 9 MM | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 10  Whole Life Ins - AIG | $400.00 | $400.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 11  Pension - Cook County | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 12  Defferred Comp - Cook COunty Estimated Value | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 13  Personal Injury claim agains Mary Burke | $15,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Case dismissed against Mary Burke. | | | | | |
| 14  (Uninsured Motorist Claim) Personal Injury - State Farm | Unknown | $30,000.00 | | $45,000.00 | FA |
| 15  Anticipated tax refund | $3,400.00 | $725.00 | | $3,407.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened  8/01/06  Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p; Imported from Amended Doc#: 23; Original asset description: 2008 Nissan Altima | | | | | |
| 16  2008 Nissan Altima | $16,500.00 | $0.00 | | $0.00 | FA |

Case 09-46623 Doc 57 Filed 05/01/14 Entered 05/01/14 15:21:18 Desc Main
Document Page 7 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2
Exhibit 8

| Case No.: | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Date Filed (f) or Converted (c): | 12/09/2009 (f) |
| For the Period Ending: | 4/9/2014 | | §341(a) Meeting Date: | 01/20/2010 |
| | | | Claims Bar Date: | 06/16/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 23; Original asset description: Opened 8/01/06 Last Active 11/05/08 First Mortgage 9609 S. Longwood Dr., Chicago, IL 60643 value p

| **Ref. #** | | | | | |
|---|---|---|---|---|---|
| INT | Interest Earned (u) | Unknown | Unknown | | $0.35 | Unknown |

**TOTALS (Excluding unknown value)**                    **Gross Value of Remaining Assets**

| | $397,708.33 | $228,458.33 | | $48,407.35 | $0.00 |

**Major Activities affecting case closing:**

| 06/20/2010 | motion to employ lakelaw to CAC for review |
| | need to emply PI Atty |
| | recvd bank statement 5.31.10 balance matches petition, nothing of importance on statement |
| | 4.18 received bank statement |
| 12/30/2011 | Personal Injury Claim Pending. |
| 01/17/2013 | follow up with PI attorney |
| 04/17/2013 | Sent email to Eric Jones for status of arbitration date |
| 04/17/2013 | Case is getting ready to settle for $45,000.00. |
| 06/25/2013 | Personal Injury case pending. |
| 07/26/2013 | Settlement payment received; Motion to approve settlement filed and granted. |

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4131 | | Money Market Acct #: | ******9565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2010 | (15) | United States Treasury | Tax refund | 1129-000 | $3,407.00 | | $3,407.00 |
| 04/22/2010 | 1001 | Ross J. Howard | Exemption claimed on Tax Refund | 8100-002 | | $2,675.00 | $732.00 |
| 04/26/2010 | 1002 | Ross J. Howard | Portion entitled to after date of filing to 12/31/20009 | 8100-002 | | $214.69 | $517.31 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.06 | | $517.37 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $517.40 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.02 | | $517.42 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $517.42 | $0.00 |
| | | | **TOTALS:** | | $3,407.11 | $3,407.11 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $517.42 | |
| | | | Subtotal | | $3,407.11 | $2,889.69 | |
| | | | Less: Payments to debtors | | $0.00 | $2,889.69 | |
| | | | Net | | $3,407.11 | $0.00 | |

| For the period of 12/9/2009 to 4/9/2014 | | For the entire history of the account between 04/12/2010 to 4/9/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,407.11 | Total Compensable Receipts: | $3,407.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,407.11 | Total Comp/Non Comp Receipts: | $3,407.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,889.69 | Total Non-Compensable Disbursements: | $2,889.69 |
| Total Comp/Non Comp Disbursements: | $2,889.69 | Total Comp/Non Comp Disbursements: | $2,889.69 |
| Total Internal/Transfer Disbursements: | $517.42 | Total Internal/Transfer Disbursements: | $517.42 |

| Case No. | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4131 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $517.66 | | $517.66 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.16 | $517.50 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.72 | $516.78 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.83 | $515.95 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $515.10 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $514.33 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $513.53 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $512.71 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $511.89 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $511.12 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $510.27 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $509.50 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $508.68 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $507.86 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.79 | $507.07 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.89 | $506.18 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.71 | $505.47 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.81 | $504.66 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.84 | $503.82 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.76 | $503.06 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.81 | $502.25 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.73 | $501.52 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.80 | $500.72 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $499.94 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $499.09 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.72 | $498.37 |
| 07/26/2013 | (14) | State Farm Mutual Automobile Insurance | | 1129-000 | $45,000.00 | | $45,498.37 |
| 07/30/2013 | 5001 | Tarpey, Jones & Schroeder, LLC | Per Court Order entered on 7/24/2013 Dkt. #47. | 3210-000 | | $15,676.13 | $29,822.24 |
| 07/30/2013 | 5002 | St. Joseph Hospital | Medical Lien RE: 13 A107-231 | 4110-000 | | $200.00 | $29,622.24 |
| 07/30/2013 | 5003 | Sage Medical Group, S.C. | Medical Lien RE: 13 A107-231 | 4110-000 | | $300.00 | $29,322.24 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.48 | $29,316.76 |
| 08/02/2013 | 5004 | HOWARD J ROSS | Claimed Exemptions for personal Injury Case. | 8100-002 | | $15,000.00 | $14,316.76 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $32.79 | $14,283.97 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.81 | $14,263.16 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.01 | $14,240.15 |
| 12/18/2013 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,801.77 | $10,438.38 |
| 12/18/2013 | 5006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.48 | $10,433.90 |

**SUBTOTALS** $45,517.66 $35,083.76

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-46623-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ROSS, HOWARD J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4131 | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2013 | 5007 | Lakelaw | Claim #: ; Amount Claimed: 1,736.50; Amount Allowed: 1,736.50; Distribution Dividend: 100.00; | 3110-000 | | $1,736.50 | $8,697.40 |
| 12/18/2013 | 5008 | Lakelaw | Claim #: ; Amount Claimed: 26.98; Amount Allowed: 26.98; Distribution Dividend: 100.00; | 3120-000 | | $26.98 | $8,670.42 |
| 12/18/2013 | 5009 | Fia Card Services, NA/Bank of America | Claim #: 4; Amount Claimed: 5,133.26; Amount Allowed: 5,133.26; Distribution Dividend: 78.32; | 7100-000 | | $4,020.41 | $4,650.01 |
| 12/18/2013 | 5010 | Roundup Funding, LLC/ Chase Bank USA, NA | Claim #: 1; Amount Claimed: 2,573.36; Amount Allowed: 2,573.36; Distribution Dividend: 78.32; | 7100-900 | | $2,015.49 | $2,634.52 |
| 12/18/2013 | 5011 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 1,053.02; Amount Allowed: 1,053.02; Distribution Dividend: 78.32; | 7100-900 | | $824.73 | $1,809.79 |
| 12/18/2013 | 5012 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 2,310.74; Amount Allowed: 2,310.74; Distribution Dividend: 78.32; | 7100-900 | | $1,809.79 | $0.00 |
| 12/26/2013 | 5009 | VOID: Fia Card Services, NA/Bank of America | Void of Check# 5009 | 7100-003 | | ($4,020.41) | $4,020.41 |
| 12/26/2013 | 5010 | VOID: Roundup Funding, LLC/ Chase Bank USA, | Void of Check# 5010 | 7100-903 | | ($2,015.49) | $6,035.90 |
| 12/26/2013 | 5011 | VOID: Capital One Bank (USA), N.A. | Void of Check# 5011 | 7100-903 | | ($824.73) | $6,860.63 |
| 12/26/2013 | 5012 | VOID: Capital One Bank (USA), N.A. | Void of Check# 5012 | 7100-903 | | ($1,809.79) | $8,670.42 |
| 12/26/2013 | 5013 | Fia Card Services, NA/Bank of America | Claim #: 4; Amount Claimed: 5,133.26; Amount Allowed: 5,133.26; Distribution Dividend: 21.75; | 7100-000 | | $1,116.68 | $7,553.74 |
| 12/26/2013 | 5014 | Mallers Building LLC | Claim #: 5; Amount Claimed: 28,786.59; Amount Allowed: 28,786.59; Distribution Dividend: 21.75; | 7100-000 | | $6,262.19 | $1,291.55 |
| 12/26/2013 | 5015 | Roundup Funding, LLC/ Chase Bank USA, NA | Claim #: 1; Amount Claimed: 2,573.36; Amount Allowed: 2,573.36; Distribution Dividend: 21.75; | 7100-900 | | $559.81 | $731.74 |
| 12/26/2013 | 5016 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 1,053.02; Amount Allowed: 1,053.02; Distribution Dividend: 21.75; | 7100-900 | | $229.07 | $502.67 |
| 12/26/2013 | 5017 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 2,310.74; Amount Allowed: 2,310.74; Distribution Dividend: 21.75; | 7100-900 | | $502.67 | $0.00 |

**SUBTOTALS**   $0.00   $10,433.90

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-46623-TAB | |
| **Case Name:** | ROSS, HOWARD J | |
| **Primary Taxpayer ID #:** | **-***4131 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/9/2009 | |
| **For Period Ending:** | 4/9/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2301 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $45,517.66 | $45,517.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $517.66 | $0.00 | |
| | | | **Subtotal** | | $45,000.00 | $45,517.66 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $45,000.00 | $30,517.66 | |

**For the period of 12/9/2009 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $517.66 |
| | |
| Total Compensable Disbursements: | $30,517.66 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $45,517.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $517.66 |
| | |
| Total Compensable Disbursements: | $30,517.66 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $45,517.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5
Case 09-46623    Doc 57    Filed 05/01/14    Entered 05/01/14 15:21:18    Desc Main
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 12 of 13
Exhibit 9

| Case No. | 09-46623-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, HOWARD J | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***4131 | | Money Market Acct #: | ******6623 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 12/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $517.42 | | $517.42 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $517.44 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $517.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $517.48 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $517.50 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $517.52 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.02 | | $517.54 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.02 | | $517.56 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $517.58 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.02 | | $517.60 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $517.62 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.02 | | $517.64 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.02 | | $517.66 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $517.66 | $0.00 |
| | | | **TOTALS:** | | $517.66 | $517.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $517.42 | $517.66 | |
| | | | Subtotal | | $0.24 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.24 | $0.00 | |

**For the period of  12/9/2009 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.24 |
| Total Internal/Transfer Receipts: | $517.42 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $517.66 |

**For the entire history of the account between 06/25/2010 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.24 |
| Total Internal/Transfer Receipts: | $517.42 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $517.66 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | |
|---|---|---|---|
| **Case No.** | 09-46623-TAB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROSS, HOWARD J | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***4131 | **Money Market Acct #:** | ******6623 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** | MMA |
| **For Period Beginning:** | 12/9/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/9/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $48,407.35 | $48,407.35 | $0.00 |

**For the period of 12/9/2009 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $48,407.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,407.35 |
| Total Internal/Transfer Receipts: | $1,035.08 |
| | |
| Total Compensable Disbursements: | $30,517.66 |
| Total Non-Compensable Disbursements: | $17,889.69 |
| Total Comp/Non Comp Disbursements: | $48,407.35 |
| Total Internal/Transfer Disbursements: | $1,035.08 |

**For the entire history of the case between 12/09/2009 to 4/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $48,407.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $48,407.35 |
| Total Internal/Transfer Receipts: | $1,035.08 |
| | |
| Total Compensable Disbursements: | $30,517.66 |
| Total Non-Compensable Disbursements: | $17,889.69 |
| Total Comp/Non Comp Disbursements: | $48,407.35 |
| Total Internal/Transfer Disbursements: | $1,035.08 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ